

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Apollo Exploration, LLC;
Cogent Exploration, Ltd., Co.;
and SellmoCo, LLC,

Vs. No. 11-19-00183-CV

Apache Corporation,

\* From the 385th District Court
   of Midland County,
    Trial Court No. CV50538.

\* March 6, 2025

\* Memorandum Opinion by Trotter, J.
   (Panel consists of: Bailey, C.J.,
   Trotter, J., and Wright, S.C.J.,
   sitting by assignment)
   (Williams, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, we affirm the judgment and orders of trial court. The costs incurred by reason of this appeal are taxed against Apollo Exploration, LLC; Cogent Exploration, Ltd., Co.; and SellmoCo, LLC.